United States District Court
Southern District of Texas
**ENTERED**
November 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARRY KRESS, § § § Plaintiff, § VS. § § OPMNY, LLC; dba MERCHANT FIRST § DOUG MERRYMAN, § § Defendants. § § § | CIVIL ACTION NO. 4:18-CV-3992 |

## SCHEDULING ORDER

1. N/A   **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. 11/10/2018   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. 11/20/2018   Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. 2/1/2019   **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery. Responses to discovery are due in 10 days.

| | | |
|---|---|---|
| 4. | 2/15/2019 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness. (Only motions in limine on issues other than experts may be filed after this date)  The motion deadline may <u>not</u> be changed by agreement. Responses to motions are due in 10 days. |
| 5a. | 3/22/2019 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date.  (Where available, Defendant should supply Plaintiff with a computer disc). |
| 5b. | 3/25/2019 | THE PLAINTIFF is responsible for filing the pretrial order on this date.  All Motions in Limine must also be filed by this date. |
| 6. | 3/29/2019 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | 4/1/2019 | **TRIAL set for 1:30 pm.** |
| 7a. | Jury Trial | Trial to be jury or non-jury |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 2nd day of November, 2018 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE